800 A.2d 802

**Jason SMITH**

v.

**STATE of Maryland.**

**No. 134, Sept. Term, 2001.**

Court of Appeals of Maryland.

June 13, 2002.

Martha Weisheit, Asst. Public Defender (Stephen E. Harris, Public Defender, on brief) Baltimore, for petitioner.

Steven L. Holcomb, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of Maryland, on brief) Baltimore, for respondent.

Submitted before BELL, C.J., and ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL and BATTAGLIA, JJ.

PER CURIAM ORDER.

The Court having considered and granted the petition for writ of certiorari in the above-captioned case, it is this 13th day of June, 2002,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case is remanded to the Court of Special Appeals for reconsideration in light of *Gray v. State,* 368 Md. 529, 796 A.2d 697 (2002). Costs in this Court to be paid by Washington County. Costs in the Court of Special Appeals to abide the result.